## LEBOLD et v MUSKINGUM WATERSHED CONSERVANCY DISTRICT

Ohio Appeals, 5th Dist, Tuscarawas Co

Decided April 30, 1935

Seikel, Seikel & Seikel, Dover, for plaintiffs in error.

Wilkin, Fisher & Limback, New Philadelphia, and Warner Pomerene, Coshocton, for defendant in error.

·For full opinion see 4 OO 190; 198 NE 583; 50 Oh Ap 476.

## HAGANS v STATE

Ohio Appeals, 5th Dist, Coshocton Co

Decided April 30, 1935

Wheeler & Ely, Coshocton, and Geo. D. Klein, Coshocton, for plaintiff in error.

Russell E. Lyons, Prosecuting Attorney, Coshocton, for defendant in error.

For full opinion see 50 Oh Ap 534.